UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRES COLMINES,

    Petitioner,                                   Case No. 98-70594

v.

                                           Hon. John Corbett O'Meara

ANDREW J. JACKSON,

    Respondent.
_____/

## ORDER DENYING MOTION FOR COURT
## TO CONSIDER ADDITIONAL CASE CITATION

Before the court is Petitioner's Motion for Court to Consider Additional Case Citation, filed September 18, 2006. Petitioner filed a petition for writ of habeas corpus on March 16, 1998. The court entered a judgment dismissing the petition without prejudice on September 8, 2000. Approximately six years later, Petitioner filed the instant motion. Petitioner's motion is untimely and will not be considered by the court. See LR 7.1(g)(1) (motions for reconsideration to be filed within ten days); Fed. R. Civ. P. 60(b) (motions for relief from judgment generally are to be filed within one year).

Accordingly, IT IS HEREBY ORDERED that Petitioner's September 18, 2006 Motion for Court to Consider Additional Case Citation is DENIED.

                                                              s/John Corbett O'Meara
                                                              United States District Judge

Dated: August 2, 2007

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 2, 2007, by electronic and/or ordinary mail.

                                                                    s/William Barkholz
                                                                    Case Manager